# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

| | | |
|---|---|---|
| MARY CARTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. No. 1:10-cv-00100-MR-DLH |
| | ) | |
| vs. | ) | |
| | ) | |
| THE ALLEN LAW FIRM, P.L.L.C. | ) | |
| and PORTFOLIO RECOVERY | ) | |
| ASSOCIATES LLC, | ) | |
| | ) | |
| Defendants. | ) | |

NOW COMES the Plaintiff, Mary Carter, by and through her attorney, M. Lynette

Hartsell, and hereby notifies the Court that a Settlement Agreement has been reached. Plaintiff

will file the appropriate Dismissal with the Court, subsequent to final approval and exchange

of documents between the parties.

Respectfully Submitted,

/s/ M. Lynette Hartsell
M. Lynette Hartsell (9845)
Attorney for Plaintiff
1010 Lakeview Drive
Cedar Grove, NC 27231
(888) 493-0770, ext. 305 (phone)
(866) 551-7791 (facsimile)
Lynette@LuxenburgLevin.com