# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION

| | |
|---|---|
| MARY CARTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 1:10-cv-100 |
| vs. | ) |
| | ) |
| THE ALLEN LAW FIRM, P.L.L.C. | ) |
| and PORTFOLIO RECOVERY | ) |
| ASSOCIATES LLC, | ) |
| | ) |
| Defendants. | ) |

Now comes the Plaintiff, Mary Carter, by and through her attorneys, M. Lynette Hartsell, LUXENBURG & LEVIN, LLC, and hereby advises the Court that she is dismissing the above-captioned matter with prejudice.

Respectfully Submitted,

/s/ M. Lynette Hartsell
M. Lynette Hartsell (9845)
Attorney for Plaintiff
Luxenburg & Levin, LLC
1010 Lakeview Drive
Cedar Grove, NC 27231
(888) 888-0770, ext. 305 (phone)
(866) 551-7791(facsimile)
Lynette@LuxenburgLevin.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 28, 2010, a copy of the foregoing Notice of Dismissal was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ M. Lynette Hartsell
M. Lynette Hartsell (9845)
Attorney for Plaintiff
1010 Lakeview Drive
Cedar Grove, NC 27231
(888) 493-0770, ext. 305 (phone)
(866) 551-7791 (facsimile)
Lynette@LuxenburgLevin.com